# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

WWW.LONDONFISCHER.COM

LOS ANGELES OFFICE
800 WILSHIRE BOULEVARD, SUITE 1550
LOS ANGELES, CALIFORNIA 90017

October 24, 2025

**VIA ECF**

Hon. Judge Natasha C. Merle
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Colony Insurance Company v. Chestnut Avenue LLC and Ida Zhuravskaya*
      E.D.N.Y. Civil Case No.    :    1:24-cv-07311-NCM-CLP

Dear Judge Merle:

Plaintiff, Colony Insurance Company ("Colony") and Defendants, Chestnut Avenue LLC ("Chestnut") and Ida Zhuravskaya submit this Joint Letter pursuant to this Court's October 2, 2025 Order (collectively "Parties"). The Parties respectfully request a 60 day adjournment of all motion dates. The current motion briefing schedule is: Plaintiff's moving papers are due by November 3, 2025; Defendants' moving papers and opposition are due by December 3, 2025; Plaintiff's opposition and reply are due by January 5, 2026; and Defendants' reply is due January 15, 2026. There have been no prior requests to adjourn the motion dates.

The reason for the request is that based on statements made in Chestnut's September 12, 2025 letter to the Court, see Dkt. 29, Colony is currently investigating purportedly available insurance in the underlying litigation which may have a direct impact on the instant action before this Court. If the matter cannot be resolved within the requested adjournment period, the Parties will immediately proceed to motion practice.

{N1860319.5 }
2513414

The Parties thank the Court for its time and continued assistance.

Respectfully submitted,

| | |
|---|---|
| LONDON FISCHER LLP | SINAYSKAYA YUNIVER P.C. |
| By: /s/ William J. Edwins<br>William J. Edwins, Esq.<br>Attorneys for Plaintiff<br>Colony Insurance Company<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038<br>(212) 972-1000<br>LF File No.: 417.0567270 | By: /s/ Steven R Yuniver<br>Steven R Yuniver, Esq.<br>Attorneys for Defendant<br>Chestnut Avenue LLC<br>710 Avenue U, 1st Floor<br>Brooklyn, New York 11223<br>(718) 402-2240 |

LAW OFFICE OF YURIY PRAKHIN, P.C.

By: /s/ Jason S. Matuskiewicz
Jason S. Matuskiewicz, Esq.
Attorneys for Defendant
Ida Zhuravskaya
1883 86th Street
Brooklyn, New York 11214
(718) 946-5099